UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Kevin P. Ramsey

    v.                                              No. 06-fp-195

U.S. Department of Health and Human
Services, Secretary


### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-195-SM.

**SO ORDERED.**

                                                   /s/ James R. Muirhead
                                                 James R. Muirhead
                                                 United States Magistrate Judge

Date: May 31, 2006

cc:   Stanley H. Robinson, Esq.